# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
HOUSTON, TX
CHICAGO, IL
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

GEOFFREY W. CASTELLO
DIRECT LINE: (973) 503-5922
EMAIL: gcastello@kelleydrye.com

December 6, 2018

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

> Re:   *Garey v. Kendra Scott, LLC*
>       Case No. 18-CV-10505

Your Honor:

      We represent defendant Kendra Scott, LLC ("Defendant") in the above-referenced action. We write to request a thirty-day extension of time for Defendant to respond to the complaint in this matter. Pursuant to Rule 1.E of Your Honor's Individual Rules, we state that: (1) the original date to respond to the Complaint is December 11, 2018; (2) Defendant has not previously requested an extension; (3) this is the first request for an extension; (4) Plaintiff's counsel has consented to this extension.

      Respectfully submitted,

      */s/ Geoffrey W. Castello*

      Geoffrey W. Castello

cc:   Jonathan Shalom, Esq. (via ECF)