**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON,DC
LOS ANGELES,CA
HOUSTON,TX
CHICAGO,IL
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

GEOFFREY W. CASTELLO

DIRECT LINE: (973) 503-5922

EMAIL: gcastello@kelleydrye.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2018

December 6, 2018

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: December 6, 2018

Re:     *Garey v. Kendra Scott, LLC*
        Case No. 18-CV-10505

Your Honor:

We represent defendant Kendra Scott, LLC ("Defendant") in the above-referenced action. We write to request a thirty-day extension of time for Defendant to respond to the complaint in this matter. Pursuant to Rule 1.E of Your Honor's Individual Rules, we state that: (1) the original date to respond to the Complaint is December 11, 2018; (2) Defendant has not previously requested an extension; (3) this is the first request for an extension; (4) Plaintiff's counsel has consented to this extension.

Respectfully submitted,

*/s/ Geoffrey W. Castello*

Geoffrey W. Castello

cc:     Jonathan Shalom, Esq. (via ECF)