UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GAREY, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>KENDRA SCOTT, LLC.,<br>                      Defendant. | Docket No: **1:18-cv-10505-PAE-SDA**<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff KEVIN GAREY, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                                                          Respectfully submitted,

                                                          By: /s/*Jonathan Shalom*
                                                          Jonathan Shalom, Esq.
                                                          Jshalom@JonathanShalomLaw.com
                                                          124-04 Metropolitan Avenue
                                                         Kew Gardens, NY 11415
                                                         Tel: (718) 971-9474
                                                         Fax: (718) 865-0943

                                                         **ATTORNEYS FOR PLAINTIFF**

Dated:    Queens, New York
               January 17, 2019